mec/2004R00099

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 07-1012 (JLL) |
| HOPETON BRADLEY | : | **ORDER CLOSING CASE** |

WHEREAS by letter dated July 17, 2008, a copy of which is attached, the Government notified the Court that defendant Hopeton Bradley died on May 4, 2009 and provided a copy of Bradley's death certificate;

WHEREAS the Government requested in its July 17th letter that, because the executor of Bradley's estate had not sought to intervene in this case and Bradley had not prior to his death challenged the validity of his guilty plea, this case be closed;

AND WHEREAS the executor of Bradley's estate still has not intervened in this case to seek dismissal of the Information, see United States v. DeMichael, 461 F.3d 414, 415-17 (3d Cir. 2006); United States v. Dwyer, 855 F.2d 144, 145 (3d Cir. 1988) (per curiam);

IT IS HEREBY ORDERED this *16* day of September, 2008 that this case be closed.

---

HON. JOSE L. LINARES
UNITED STATES DISTRICT JUDGE